NAHMIAS, Justice,
concurring.
I join the majority opinion in full, but with respect to Division 5, Inote my continued belief that Gibson v. State, 288 Ga. 617 (706 SE2d 412) (2011), was wrongly decided. See id. at 620 (Nahmias, J., dissenting). The Court today continues its steady effort to obliterate Gibson by distinction. See Mitchell v. State, 293 Ga. 1, 3-4 (742 SE2d 454) (2013); State v. Clements, 289 Ga. 640, 648-649 (715 SE2d 59) *415 (2011). As long as Gibson survives, however, it will continue to be a basis for enumerating error. It would be better to complete the obliteration process by simply overruling Gibson. See Mitchell, 293 Ga. at 5-6 (Nahmias, J., concurring); Clements, 289 Ga. at 650 (Nahmias, J., concurring specially in part).
Decided January 20, 2015.
Thomas S. Robinson III, for appellant.
Paul L. Howard, Jr., District Attorney, Paige Reese Whitaker, Arthur C. Walton, Assistant District Attorneys, Samuel S. Olens, Attorney General, Patricia B. Attaway Burton, Deputy Attorney General, Paula K. Smith, Senior Assistant Attorney General, Clint C. Malcolm, Assistant Attorney General, for appellee.
I am authorized to state that Justice Blackwell joins in this concurrence.